UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CLIFTON GIBBON,

                               Plaintiff,

-against-

CITY OF NEW YORK,

                               Defendant.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 CV 6698 (NRB)

      **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendant City of New York in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
               August 14, 2007

                                              **MICHAEL A. CARDOZO**
                                              Corporation Counsel of the
                                                City of New York
                                              Attorney for the Defendant
                                              100 Church Street, Room 2-316
                                              New York, New York 10007-2601
                                              (212) 788-1328

                                     By: _____
                                             Jason Friedman (JF4755)
                                             Assistant Corporation Counsel

TO:    Stuart Lichten, Esq.
         Schwartz, Lichten & Bright, P.C.
         275 Seventh Avenue -17th Floor
         (212) 228-6320

## CERTIFICATE OF SERVICE

I hereby certify that, on August 13, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon Stuart Lichten, attorney for plaintiff, by placing same in a postage-paid envelope addressed to Stuart Lichten, Esq., Schwartz, Lichten & Bright, 275 Seventh Avenue, 17th Floor, New York, NY 10001, that being the address that plaintiff's counsel designated for receipt of such material, and causing the envelope to be placed in an official depository under the exclusive care and control of the United States Postal Service.

Dated:　　New York, New York
　　　　　August 14, 2007

_____
Jason Friedman (JF4755)
Assistant Corporation Counsel

Docket No. 07 CV 6698 (NRB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFTON GIBBON,

                                  Plaintiff,

-against-

CITY OF NEW YORK,

                                  Defendant.

## NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-316*
*New York, New York 10007-2601*

*Of Counsel: Jason Friedman*
*Tel.: 212-788-0866*
*Matter No: 2007-022849*

*Due and timely service is hereby admitted.*

*New York, N.Y. .................................................., 200 . . .*

*............................................................................Esq.*

*Attorney for..........................................*