

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | Jason Friedman<br>Labor and Employment Law Division<br>Telephone: (212) 788-1328<br>Fax No.: (212) 788-8877<br>E-mail: jfriedma@law.nyc.gov |

August 13, 2007

**By Facsimile**

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007



Re:  Gibbon v. City of New York,
     07 CV 6698 (NRB)
     Matter No. 2007-022849

Dear Judge Buchwald:

  I am the Assistant Corporation Counsel assigned to defend the above-referenced action. With plaintiff's counsel's consent, I write to respectfully request that defendant City of New York's time to respond to the complaint be extended from August 15, until October 2, 2007. This is defendant City of New York's first request for an enlargement of time.

  This extension of time is necessary to permit the gathering of necessary documents, consultation with the clients, and the preparation of an appropriate response to the complaint.

  I thank the Court for its consideration of this request.

Respectfully submitted,

Jason W. Friedman (JF 4755)
Assistant Corporation Counsel

*[Handwritten annotation: Application granted. So Ordered. Naomi Reice Buchwald, USDJ 8/14/07]*

cc:  Stuart Lichten, Esq. (by Facsimile)
     Attorney for Plaintiff