



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

Jason Friedman
Labor and Employment Law Division
Telephone: (212) 788-1328
Fax No.: (212) 788-8877
E-mail: jfriedma@law.nyc.gov

November 2, 2007

**By Facsimile**

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Re:  Gibbon v. City of New York,
     07 CV 6698 (NRB)
     Matter No. 2007-022849

Dear Judge Buchwald:

    I am the Assistant Corporation Counsel assigned to defend the above-referenced action. Pursuant to your Honor's instructions at the initial conference held on October 23, 2007, I am writing to inform the Court of the parties intentions with regards to discovery.

    Both parties in this matter request a discovery period of at least ninety days. Defendant believes that a discovery period is necessary to acquire relevant documents in the possession of plaintiff and his physicians. Defendant also needs to depose plaintiff and his doctors in order to explore his claims of discrimination and his request for damages.

    I thank the Court for its consideration of this request.

Respectfully submitted,

Jason W. Friedman (JF 4755)
Assistant Corporation Counsel

[Handwritten annotation: So Ordered. /s/ Buchwald, USDJ 11/2/07]

cc:  Stuart Lichten, Esq. (by hand)
     Attorney for Plaintiff