



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**Jason Friedman**
Labor and Employment Law Division
Telephone: (212) 788-1328
Fax No.: (212) 788-8877
E-mail: jfriedma@law.nyc.gov

April 10, 2008

**By Facsimile**

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Re: Gibbon v. City of New York,
07 CV 6698 (NRB)
Matter No. 2007-022849

Dear Judge Buchwald:

I am the Assistant Corporation Counsel assigned to defend the above-referenced action. Pursuant to the Court's instruction of April 9, 2008, I am submitting for the Court's approval, a revised briefing schedule for defendant's Motion for Summary Judgment incorporating the 30 day extension requested on April 7, 2008.

Defendant will serve its motion for summary judgment on May 14, 2008. Plaintiff will have until June 5, 2008, to serve upon defendant any papers in opposition. Defendant will then have until June 16, 2008, to serve any reply papers upon plaintiff.

I thank the Court for its consideration of this request.

Respectfully submitted,

Jason W. Friedman (JF 4755)
Assistant Corporation Counsel

So ordered.
4/11/08

cc: Stuart Lichten, Esq. (by Facsimile)
Attorney for Plaintiff