UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CLIFTON GIBBON,

                               Plaintiff,

-against-

CITY OF NEW YORK,

                               Defendant.
------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

07 CV 6698 (NRB)

**PLEASE TAKE NOTICE** that upon the accompanying statement pursuant to Rule 56.1 of the Local Rules of this Court, dated May 14, 2008, the Declaration of Jason Friedman, dated May 14, 2008 and the exhibits annexed thereto, the Memorandum of Law in Support of Defendant's Motion for Summary Judgment and upon all prior pleadings and proceedings heretofore had herein, defendant will move this Court, before the Honorable Naomi Buchwald, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, New York, on a date and time to be designated by the Court for a judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure granting defendant complete summary judgment dismissing all of plaintiff's claims and for such other and further relief as the Court may deem just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's memo endorsed scheduling order dated April 11, 2008, answering papers, if any, must be served on the undersigned no later than June 5, 2008. Reply papers, if any, shall be served by June 16, 2008.

Date:   New York, New York
        May 14, 2008

                             MICHAEL A. CARDOZO
                             Corporation Counsel of the
                                City of New York
                             Attorney for Defendant
                             100 Church Street, Room 2-143
                             New York, New York 10007
                             (212) 788-1328
                             jfriedma@law.nyc.gov

By: _____
                             Jason Friedman
                             Assistant Corporation Counsel

TO:   Stuart Lichten, Esq.
      Attorney for Plaintiff
      Schwartz, Lichten & Bright, P.C.,
      275 Seventh Avenue, 17th Floor
      New York, NY 10001
      (212) 358-1500

Docket No. 07 CV 6698 (NRB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFTON GIBBON,

                                Plaintiff,

-against-

CITY OF NEW YORK,

                                Defendant.

**NOTICE OF MOTION FOR SUMMARY JUDGMENT, DEFENDANT'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AND DECLARATION OF ASSISTANT CORPORATION COUNSEL JASON FRIEDMAN**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Jason Friedman*
*Tel: (212) 788-1328*
*Matter No. 2007-022849*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................. , 200......*

................................................ *Esq.*

*Attorney for* .............................